(February 27, 1969)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANCIS JAMES KENNEDY, Petitioner, v. ROSS E. HEROLD, as Director of Dannemora State Hospital, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied for failure of compliance with article 70 of the CPLR, and as otherwise insufficient on its face. Gibson, P. J., Herlihy, Reynolds, Aulisi and Greenblott, JJ., concur.

FOURTH DEPARTMENT, FEBRUARY, 1969

(February 13, 1969)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM A. TARPLEY, Appellant v. VINCENT R. MANCUSI, as Warden of Attica Prison, Respondent.— Judgment unanimously affirmed. (See People ex rel. Thierry v. Glasser, 1 A D 2d 929.) (Appeal from judgment of Wyoming County Court, dismissing writ of habeas corpus, following a hearing.) Present — Goldman, P. J., Witmer, Gabrielli, Moule and Bastow, JJ.

■ WILLIAM MOTSIFF et al., Respondents, v. STATE OF NEW YORK, Appellant.— Motion to add case to the calendar and for other relief denied. Memorandum: The demand served by the Attorney-General did not permit the respondents to have 20 days in which to respond pursuant to rules VII and IX of this court (22 NYCRR 1000.7, 1000.9).